HENRY WILHELM, Respondent, *v.* NATHAN FEDERGREEN, Appellant.

*Wilhelm* v. *Federgreen*, 2 App. Div. 483, affirmed.
(Argued December 7, 1898; decided January 10, 1899.)

APPEAL from a judgment and order of the Appellate Division of the Supreme Court in the first judicial department, entered respectively April 7 and March 28, 1896, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*Edward Kaufmann* for appellant.

*Edmund Luis Mooney* and *Charles Blandy* for respondent.

Judgment and order affirmed, with costs, on opinion below. All concur, except O'BRIEN and HAIGHT, JJ., not voting.

---

ALMON T. WILCOX et al., Appellants, *v.* EDWARD BREAD et al., Respondents.

*Wilcox* v. *Bread*, 92 Hun, 9, affirmed.
(Submitted December 7, 1898; decided January 10, 1899.)

APPEAL from a judgment of the late General Term of the Supreme Court in the fourth judicial department, entered January 2, 1896, affirming a judgment in favor of defendants entered upon a decision of the court dismissing the complaint on trial at Circuit.

*O. M. Reilly* for appellants.

*Piper & Rice* for respondents.

Judgment affirmed, with costs, on opinion below.
All concur, except MARTIN, J., absent.